**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

DISTRICT OF DELAWARE

Case number *(if known)* _____    Chapter  **11**

☐ Check if this an amended filing

Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy    4/16

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| **1.** | **Debtor's name** | **SQN Helo 7, LLC** |
| **2.** | **All other names debtor used in the last 8 years**  Include any assumed names, trade names and *doing business as* names | |
| **3.** | **Debtor's federal Employer Identification Number** (EIN) | **00-0000000** |
| **4.** | **Debtor's address** | **Principal place of business**  **100 Wall Street, 28th Floor**  **New York, NY 10005**  Number, Street, City, State & ZIP Code  **New York**  County  |  **Mailing address, if different from principal place of business**  **c/o National Registered Agents, Inc.**  **160 Greentree Drive, Suite 101**  **Dover, DE 19904**  P.O. Box, Number, Street, City, State & ZIP Code  **Location of principal assets, if different from principal place of business**  **Outside of United States**  Number, Street, City, State & ZIP Code |
| **5.** | **Debtor's website** (URL) | |
| **6.** | **Type of debtor** | ■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))  ☐ Partnership (excluding LLP)  ☐ Other. Specify: _____ |

Debtor  **SQN Helo 7, LLC**_____  Case number (*if known*) _____
     Name

**7. Describe debtor's business**

A. *Check one:*

- ☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
- ☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
- ☐ Railroad (as defined in 11 U.S.C. § 101(44))
- ☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
- ☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
- ☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
- ■ None of the above

B. *Check all that apply*

- ☐ Tax-exempt entity (as described in 26 U.S.C. §501)
- ☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)
- ☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes.

____

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

- ☐ Chapter 7
- ☐ Chapter 9
- ■ Chapter 11. *Check all that apply*:
    - ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,566,050 (amount subject to adjustment on 4/01/19 and every 3 years after that).
    - ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).
    - ☐ A plan is being filed with this petition.
    - ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).
    - ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.
    - ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.
- ☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

- ■ No.
- ☐ Yes.

If more than 2 cases, attach a separate list.

District _____  When _____  Case number _____
District _____  When _____  Case number _____

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

- ☐ No
- ■ Yes.

List all cases. If more than 1, attach a separate list

Debtor  **See Attachment**  Relationship _____
District _____  When _____  Case number, if known _____

Debtor **SQN Helo 7, LLC**     Case number (*if known*)
    Name

**11. Why is the case filed in *this district*?**   *Check all that apply:*

- ■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.
- ■ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

- ■ No
- ☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

- ☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
  What is the hazard? _____
- ☐ It needs to be physically secured or protected from the weather.
- ☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).
- ☐ Other

**Where is the property?** _____
Number, Street, City, State & ZIP Code

**Is the property insured?**
- ☐ No
- ☐ Yes. Insurance agency _____
  Contact name _____
  Phone _____

### Statistical and administrative information

**13. Debtor's estimation of available funds**   *Check one:*

- ■ Funds will be available for distribution to unsecured creditors.
- ☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

- ■ 1-49
- ☐ 50-99
- ☐ 100-199
- ☐ 200-999
- ☐ 1,000-5,000
- ☐ 5001-10,000
- ☐ 10,001-25,000
- ☐ 25,001-50,000
- ☐ 50,001-100,000
- ☐ More than 100,000

**15. Estimated Assets**

- ☐ $0 - $50,000
- ☐ $50,001 - $100,000
- ☐ $100,001 - $500,000
- ☐ $500,001 - $1 million
- ■ $1,000,001 - $10 million
- ☐ $10,000,001 - $50 million
- ☐ $50,000,001 - $100 million
- ☐ $100,000,001 - $500 million
- ☐ $500,000,001 - $1 billion
- ☐ $1,000,000,001 - $10 billion
- ☐ $10,000,000,001 - $50 billion
- ☐ More than $50 billion

**16. Estimated liabilities**

- ☐ $0 - $50,000
- ☐ $50,001 - $100,000
- ☐ $100,001 - $500,000
- ☐ $500,001 - $1 million
- ■ $1,000,001 - $10 million
- ☐ $10,000,001 - $50 million
- ☐ $50,000,001 - $100 million
- ☐ $100,000,001 - $500 million
- ☐ $500,000,001 - $1 billion
- ☐ $1,000,000,001 - $10 billion
- ☐ $10,000,000,001 - $50 billion
- ☐ More than $50 billion

Debtor **SQN Helo 7, LLC**
Name

Case number (*if known*)

### Request for Relief, Declaration, and Signatures

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is trued and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on **January 3, 2017**
MM / DD / YYYY

X **/s/ Jeremiah J. Silkowski**          **Jeremiah J. Silkowski**
Signature of authorized representative of debtor          Printed name

Title **President and CEO**

**18. Signature of attorney**

X **/s/ Thomas J. Francella, Jr.**          Date **January 3, 2017**
Signature of attorney for debtor          MM / DD / YYYY

**Thomas J. Francella, Jr.**
Printed name

**Whiteford, Taylor & Preston, LLC**
Firm name

**405 King Street, Suite 500**
**Wilmington, DE 19801**
Number, Street, City, State & ZIP Code

Contact phone **302-357-3252**          Email address **tfrancella@wtplaw.com**

**3835**
Bar number and State

Debtor  **SQN Helo 7, LLC**  Case number (*if known*)
Name

**Fill in this information to identify your case:**

United States Bankruptcy Court for the:
DISTRICT OF DELAWARE

Case number (*if known*) _____  Chapter  **11**

☐ Check if this an amended filing

# FORM 201. VOLUNTARY PETITION

## Pending Bankruptcy Cases Attachment

| | | | | |
|---|---|---|---|---|
| Debtor | **SQN Helo 5, LLC** | | Relationship to you | |
| District | **Delaware** | When **1/03/17** | Case number, if known | |
| Debtor | **SQN Helo 8, LLC** | | Relationship to you | |
| District | **Delaware** | When **1/03/17** | Case number, if known | |

**Fill in this information to identify the case:**

Debtor name     **SQN Helo 7, LLC**

United States Bankruptcy Court for the:    DISTRICT OF DELAWARE

Case number (if known)

☐ Check if this is an amended filing

Official Form 202
# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime.** Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ☐ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ☐ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ☐ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ☐ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ☐ *Schedule H: Codebtors* (Official Form 206H)
- ☐ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ☐ Amended *Schedule*
- ■ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ☐ Other document that requires a declaration

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **January 3, 2017**     X **/s/ Jeremiah J. Silkowski**
                                                  Signature of individual signing on behalf of debtor

                                                  **Jeremiah J. Silkowski**
                                                  Printed name

                                                  **President and CEO**
                                                  Position or relationship to debtor

Fill in this information to identify the case:
Debtor name | **SQN Helo 7, LLC**
United States Bankruptcy Court for the: **DISTRICT OF DELAWARE**
Case number (if known): _____

☐ Check if this is an amended filing

# Official Form 204
## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders
**12/15**

**A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.**

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **-NONE-** | | | | | | |

# United States Bankruptcy Court
### District of Delaware

In re  **SQN Helo 7, LLC**

Debtor(s)

Case No.

Chapter  **11**

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **SQN Helo, LLC**<br>**100 Wall Street, 28th Floor**<br>**New York, NY 10005** | | | **100% membership interest** |

**DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP**

I, the **President and CEO** of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date  **January 3, 2017**

Signature  **/s/ Jeremiah J. Silkowski**
**Jeremiah J. Silkowski**

*Penalty for making a false statement of concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

# United States Bankruptcy Court
### District of Delaware

In re  **SQN Helo 7, LLC**

Debtor(s)

Case No.

Chapter  **11**

# VERIFICATION OF CREDITOR MATRIX

I, the President and CEO of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date:  **January  3, 2017**

**/s/ Jeremiah J. Silkowski**
**Jeremiah J. Silkowski**/**President and CEO**
Signer/Title

SQN Helo 7, LLC
c/o National Registered Agents, Inc.
160 Greentree Drive, Suite 101
Dover, DE 19904


Thomas J. Francella, Jr.
Whiteford, Taylor & Preston, LLC
405 King Street, Suite 500
Wilmington, DE 19801


Evergreen Helicopters Inc nka Erickson
Helicopters, Inc./Erickson Air-Crane Inc
and EAC Acquisition Corp.
5550 S.W. Macadam Avenue #200
Portland, OR 97239

Ian T. Peck, Esq.
David Staab, Esq.
Haynes & Boone, LLP
2323 Victory Avenue, Suite 700
Dallas, TX 75219

J. Mark Chevallier
McGuire, Craddock & Strother, P.C.
2501 N. Harwood, Suite 1800
Dallas, TX 75201


Pacific Western Bank
dba Pacific Western Equipment Finance
6975 Union Park Center, Suite 200
Attn: Michelle Larsen
Cottonwood Heights, UT 84047

# United States Bankruptcy Court
### District of Delaware

In re  **SQN Helo 7, LLC**  
Debtor(s)

Case No.  
Chapter  **11**

# CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for  **SQN Helo 7, LLC**  in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

**SQN Helo, LLC**  
**100 Wall Street, 28th Floor**  
**New York, NY 10005**

☐ None [*Check if applicable*]

| | |
|---|---|
| **January 3, 2017** | **/s/ Thomas J. Francella, Jr.** |
| Date | **Thomas J. Francella, Jr. 3835** |
| | Signature of Attorney or Litigant |
| | Counsel for  **SQN Helo 7, LLC** |
| | **Whiteford, Taylor & Preston, LLC** |
| | **405 King Street, Suite 500** |
| | **Wilmington, DE 19801** |
| | **302-357-3252 Fax:302-357-3272** |
| | **tfrancella@wtplaw.com** |

# RESOLUTION OF ACTION OF MEMBERS OF
# SQN HELO 7, LLC

Pursuant to the Limited Liability Company Agreement of SQN HELO 7, LLC, a limited liability company formed under the laws of the State of Delaware (the "Company"), the undersigned Member is entitled to make all decisions and take all actions for the Company and has the authority to bind the Company. The undersigned Member, with the consent of the Manager of the Company, hereby takes the following actions and adopts the following resolutions by signing the written consent hereto:

**WHEREAS**, the members of the Company (the "Members") have reviewed and considered the financial and operational condition of the Company and the Company's business on the date hereof, including the historical performance of the Company, the assets of the Company, the current and long-term liabilities of the Company and credit market conditions; and

**WHEREAS**, the Members have had the opportunity to consult with management and the financial and legal advisors to the Company and fully consider each of the strategic alternatives available to the Company.

**NOW, THEREFORE, BE IT RESOLVED**, that, in the judgment of the Members, it is desirable and in the best interests of the Company, its creditors, interest holders and other interested parties, that a voluntary petition (the "Petition") be filed by the Company under the provisions of Chapter 11 of Title 11 of the United States Code (the "Bankruptcy Code"); and it is

**FURTHER RESOLVED**, that Jeremiah J. Silkowski (the "Authorized Officer") be, and hereby is authorized, directed and empowered, on behalf of and in the name of the Company: (i) to execute and file the Petition, as well as all other ancillary documents, in the United States Bankruptcy Court for the District of Delaware, and (ii) to execute and file or cause to be filed all petitions, schedules, lists, motions, applications and other papers or documents necessary or desirable in connection with the foregoing; and it is

**FURTHER RESOLVED**, that the Authorized Officer is hereby authorized and directed to employ the law firm of Whiteford, Taylor & Preston LLC ("WTP") as general bankruptcy counsel to represent and assist the Company in carrying out its duties under the Bankruptcy Code, and to take any and all actions to advance the Company's rights and obligations, including filing any pleadings; and in connection therewith, the Authorized Officer is hereby authorized and directed to execute an appropriate retention agreement and pay appropriate retainer(s) prior to the filing of the Petition and cause to be filed an appropriate application for authority to retain the services of WTP; and it is

**FURTHER RESOLVED**, that the Authorized Officer is hereby authorized and directed to employ the law firm of McGuire, Craddock & Strother, P.C. ("MC&S") as special corporate and litigation counsel to represent and assist the Company in carrying out its duties under the Bankruptcy Code, and to take any and all actions to advance the

1

Company's rights and obligations, including filing any pleadings; and in connection therewith, the Authorized Officer is hereby authorized and directed to execute an appropriate retention agreement and pay appropriate retainer(s) prior to the filing of the Petition and cause to be filed an appropriate application for authority to retain the services of MC&S; and it is

**FURTHER RESOLVED**, that the Authorized Officer is hereby authorized and directed to employ any other professionals or consultants to the Company as are deemed necessary to represent and assist the Company in carrying out its duties under Title 11 of the Bankruptcy Code (collectively with WTP and MC&S, the "Professionals") and in this Chapter 11 bankruptcy case, and in connection therewith, the Authorized Officer is hereby authorized and directed to execute appropriate retention agreements, pay appropriate retainers, if required, prior to and immediately upon the filing of the Petition, and to cause to be filed an appropriate application for authority to retain the services of such firms; and it is

**FURTHER RESOLVED**, that the Authorized Officer shall be, and hereby is, authorized, empowered and directed to take or cause to be taken any and all such further actions and to execute and deliver or cause to be executed or delivered all such further agreements, documents, certificates and undertakings, and to incur all such fees and expenses, in all cases consistent with the purpose and intent of the foregoing resolutions, as in his judgment, after seeking advice of counsel, shall be necessary, appropriate or advisable to effectuate the purpose and intent of any and all of the foregoing resolutions; and it is

**FURTHER RESOLVED**, that all acts, actions and transactions that are consistent with the foregoing resolutions done in the name of and on behalf of the Company, which acts would have been approved by the foregoing resolutions except that such acts were taken before those resolutions were certified, including without limitation all acts lawfully done or actions lawfully taken by the Authorized Officer of the Company or any of the Professionals to seek relief on behalf of the Company under Chapter 11 of the Bankruptcy Code be and are hereby adopted, ratified, confirmed and approved in all respects as the acts and deeds of the Company; and

**IN WITNESS WHEREOF**, these resolutions are adopted as of the latest date written below.

This consent may be executed and delivered in multiple counterparts, which, when taken together, will constitute one instrument.

[signatures on next page]

Dated: January 3, 2017

_____
Name: Jeremiah J. Silkowski
On behalf of: SQN HELO, LLC
Member, SQN HELO 7, LLC

Dated: January 3, 2017

_____
Name: Jeremiah J. Silkowski
Manager, SQN HELO 7, LLC

*No. 2225292-v.1*

3